• AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY
A/S/O HODAN PROPERTIES, INC.

V.

FIRE SYSTEMS, INC.;
FIRE SUPPRESSION SYSTEMS OF NEW
 ENGLAND, INC.;
PRO CON, INC.; and
BRIERE & PAQUETTE, INC. F/K/A
 PAQUETTE ELECTRIC CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-11578 PBS

TO: (Name and address of Defendant)

Fire Suppression Systems of New England, Inc.
Agent for Service: John Polucha
    781 Main Street, Suite 4
    Whitensville, MA  01588

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT  06096

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                            7-14-04

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

07/29/2004

I hereby certify and return that on 07/28/2004 at 11:30am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to JOHN KOLUCHA D/B/A FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC. at 181 MAIN ST STE 4, WHITINSVILLE, MA. Fees: Service 30.00, Travel 15.25, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $55.75

Deputy Sheriff: [signature]

**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date            _____
                                    *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.