AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

FILED CLERKS OFFICE
2004 AUG -2 P 4:40
U.S. DISTRICT COURT DISTRICT OF MASS.

FIREMAN'S FUND INSURANCE COMPANY A/S/O HODAN PROPERTIES, INC.

V.

FIRE SYSTEMS, INC.; FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC.; PRO CON, INC.; and BRIERE & PAQUETTE, INC. F/K/A PAQUETTE ELECTRIC CO., INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-11578 PBS

TO: (Name and address of Defendant)

Pro Con, Inc.
Agent for Service: CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Erik Loftus, Esq.
Law Officies of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK




7-14-04

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

July 27, 2004

I hereby certify and return that on 7/23/2004 at 2:05PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to A.Liberto,Process Clerk & agent in charge of CT Corp & its business for Pro Con, Inc., at , 100 Federal Street, C/O CT Corporation System Boston, MA 02110. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff John Cotter

[signature]
Deputy Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G Served personally upon the defendant. Place where served:

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

G Returned unexecuted:

G Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______ Date ______ *Signature of Server*

*Address of Server*