UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br> As Subrogee of Hodan Properties, Inc. <br> Plaintiff <br><br> Vs. <br><br> FIRE SYSTEMS, INC., <br> FIRE SUPPRESSION SYSTEMS OF <br> NEW ENGLAND, INC., <br> PRO CON, INC. <br> and BRIERE & PAQUETTE, INC. f/k/a <br> PAQUETTE ELECTRIC CO., INC., <br> Defendants | **CASE NUMBER 04-11578 PBS** |

## NOTICE OF APPEARANCE

Kindly enter my appearance as attorney for the defendant, Fire Systems, Inc., in the above-entitled matter.

_____
Gordon L. Sykes
BBO #555580
**Morrison Mahoney LLP**
10 North Main Street
Fall River, MA 02720
(508) 677-3100