· AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

FIREMAN'S FUND INSURANCE COMPANY
a/s/o HODAN PROPERTIES, INC.

V.

FIRE SYSTEMS, INC.;
FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC
PRO CON, INC.; and
PAQUETTE ELECTRIC COMPANY, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   04-11578 PBS

TO: (Name and address of Defendant)

PAQUETTE ELECTRIC COMPANY, INC.
AGENT FOR SERVICE: Joseph W. Piniarski
16 Negus Street
Webster, MA 01570

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096

an answer to the complaint which is served on you with this summons, within _30_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  9/10/04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

**Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100**

*Worcester, ss*

[illegible] certify and return that on [illegible] 2004 at [illegible] I served a true and attested copy of the Summons and Amended Complaint in this action in the following manner: To wit, by delivering in hand to JOSEPH F. [illegible], AGENT [illegible] ELECTRIC COMPANY, INC. at [illegible] NEPPS ST, WEBSTER, MA. Fees: Service [illegible], Travel [illegible], Conveyance 4.50, Attest 5.00 & Postage and handling 1.00, Total Fees: [illegible]

Deputy Sheriff [illegible]

Deputy Sheriff

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________
Date

______________________
*Signature of Server*

______________________
*Address of Server*

ho may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.