UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY, )
    Plaintiff )
 )
V. )   CIVIL NO. 04-11578 PBS
 )
FIRE SYSTEMS, INC., ET AL, )
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the Defendant, Pro-Con, Inc., in the above entitled case.

*Jon S. Hartmere*
Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

### CERTIFICATE OF SERVICE

I, Jon S. Hartmere, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that on the 9th day of September, 2004, I mailed a copy of the within Notice of Appearance, postage prepaid, to:

Erik Loftus, Esquire
Law Offices of Stuart Blackburn
2 Concorde Way, PO Box 608
Windsor Locks, CT 06096