UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY, )
   Plaintiff  )
      )
V.  )
      )  CIVIL NO. 04-11578 PBS
      )
FIRE SYSTEMS, INC., ET AL,  )
   Defendants  )
      )

FILED
CLERKS OFFICE
2004 SEP 10 P 3: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

## ASSENTED TO MOTION OF DEFENDANT, PRO CON, INC., TO EXTEND TIME TO ANSWER

Now comes the defendant, Pro Con, Inc., and requests this Court to extend the time within which the defendant may file its Answer up to and including September 30, 2004.

As reasons for this Motion, the defendant, Pro Con, Inc., says that due to the complexity and number of parties the defendant needs the additional time in order to file a proper Answer.

WHEREFORE, the defendant, Pro Con, Inc., requests this Court to extend the time within which Pro Con, Inc., may file its Answers up to and including September 30, 2004.

Pro Con, Inc.
By its attorney,

*/s/ Jon S. Hartmere*
Jon S. Hartmere
B.B.O. No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

**ASSENTED TO:**

*Erik Loftus (JSH)*
———————————————
Erik Loftus, Esquire
Law Offices of Stuart Blackburn
2 Concorde Way, PO Box 608
Windsor Locks, CT 06096


DATED: *Sept. 9, 2004*


**CERTIFICATE OF SERVICE**

I, Jon S. Hartmere, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that on the _____ day of September, 2004, I mailed a copy of the within Motion, postage prepaid, to: Erik Loftus, Esquire, Law Offices of Stuart Blackburn 2 Concorde Way, PO Box 608, Windsor Locks, CT 06096