## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11578 PBS

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

     Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION
SYSTEMS OF NEW ENGLAND, INC., PRO
CON, INC., and PAQUETTE ELECTRIC
COMPANY, INC.

     Defendants

### DEFENDANT PAQUETTE ELECTRIC COMPANY, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to U.S. District Court Local Rule 7.3, Paquette Electric Company, Inc. hereby

states that it has no parent corporation. No publicly held company owns more than 10% of the

stock.

By its Attorneys,

Date: Sept. 21, 2004

David D. Dowd, BBO No. 132660
Curley & Curley, PC
27 School Street
Boston, MA  02108
(617) 523-2990/(617) 523-7602 fax

## Certificate of Service

I, David D. Dowd, hereby certify that a true copy of the foregoing pleading was served by first class mail, postage prepaid, directed to:

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT  06096
(Counsel for Fireman's Fund Insurance
Company a/s/o Hodan Properties, Inc.)

Jocelyn M. Sedney, Esquire
Brody Hardoon Perkins & Kesten
One Exeter Plaza
Boston, MA  02116
(Counsel for Fire Suppression Systems of
New England, Inc.)

Gordon L. Sykes, Esquire
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA  02722
(Counsel for Fire Systems, Inc.)

Date: ___Sept 21, 2004___                    _____
                                             David D. Dowd