UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of Hodan Properties, Inc.<br>777 Marin Drive<br>Novado, California    94998<br>    Plaintiff,<br>vs.<br><br>FIRE SYSTEMS, INC.<br>955 Reed Road<br>North Dartmouth, MA    02747<br><br>and<br><br>FIRE SUPPRESSION SYSTEMS OF<br>NEW ENGLAND, INC.<br>70 Bacon Street<br>Pawtucket, RI    02860<br><br>and<br><br>PRO CON, INC.<br>1359 Hooksett Road<br>Hooksett, NH    03106<br><br>and<br><br>BRIERE & PAQUETTE, INC. f/k/a<br>PAQUETTE ELECTRIC CO, INC.<br>63 Alden Street, P.O. Box 4160<br>Fall River, MA    02723<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

The defendant, Fire Suppression Systems of New England, Inc., with the assent of the plaintiff, Fireman's Fund Insurance Company and defendants, Fire Systems, Inc., Pro Con, Inc. and Briere & Paquette, Inc. f/k/a Paquette

Electric Co, Inc., hereby respectfully requests that the Scheduling Conference currently scheduled for November 16, 2004 be continued to a date in December. Defendant, Fire Suppressions Systems of New England, Inc. has conferred with all parties regarding a new date and the available dates are December 2, 3, 8, 10, 16 or 17th.

Accordingly, the defendant, Fire Suppression Systems of New England, Inc., with the assent of the plaintiff and defendants, request that the Scheduling Conference be continued to a date in December of 2004.

The defendant,

Fire Suppression Systems of
New England, Inc.
By its attorneys,

/s/ Jocelyn M. Sedney
Jocelyn M. Sedney, BBO# 552115
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: October 8, 2004