UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of Hodan Properties, Inc.<br><br>    Plaintiff,<br>vs.<br><br>FIRE SYSTEMS, INC.,<br>FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC..,<br>PRO CON, INC.., and<br>BRIERE & PAQUETTE, INC. f/k/a PAQUETTE ELECTRIC CO, INC.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to U.S. District Court Local Rule 7.3, Fire Suppression Systems of New England, Inc. herby states that it has no parent corporation. No publicly held company owns more than 10% of the stock.

    The defendant,

    Fire Suppression Systems of
    New England, Inc.
    By its attorneys,

    /s/Jocelyn M. Sedney
    Jocelyn M. Sedney, BBO# 552115
    BRODY, HARDOON, PERKINS & KESTEN, LLP
    One Exeter Plaza
    Boston, MA 02116
    (617) 880-7100

Dated: October 8, 2004