

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>  Plaintiff<br><br>v.<br><br>FIRE SYSTEMS, INC.;<br>FIRE SUPPRESSION SYSTEMS OF<br>  NEW ENGLAND, INC;.<br>PRO CON, INC.; and<br>PAQUETTE ELECTRIC COMPANY, INC.<br>  Defendants | CIVIL ACTION NO.<br>04-11578 PBS<br><br><br><br><br><br><br><br>OCTOBER 13, 2004 |

**CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF,
FIREMAN'S FUND INSURANCE COMPANY**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff, Fireman's Fund Insurance Company, submits the following as its corporate disclosure statement:

1. The filing party, a nongovernmental corporate party, identifies the following parent corporation that owns 10% or more of the party's stock: Allianz Group.

2. The filing party, a nongovernmental corporate party, identifies the following publicly held company that owns 10% or more of the party's stock: Allianz Group.

- 2 -

THE PLAINTIFF,

By: _____
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT  06096
Tel. (860) 292-1116
Fax (860) 292-1221
BBO # 656315

Dated: October 13, 2004

## CERTIFICATION

I hereby certify that the foregoing CORPORATE DISCLOSURE STATEMENT BY PLAINTIFF, FIREMAN'S FUND INSURANCE COMPANY has been mailed this 13th day of October 2004, first class mail, postage prepaid to the following:

Gordon L. Sykes, Esq.
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA 02722
(Fire Systems, Inc.)

Jocelyn M. Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(Fire Suppression Systems of New England, Inc.)

Jon S. Hartmere, Esq.
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
(Pro Con, Inc.)

David D. Dowd, Esq.
Curley & Curley, PC
27 School Street
Boston, MA 02108
(Paquette Electric Co, Inc.)

_____
Erik Loftus, Esq.