UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY, )
   Plaintiff )
 )
V. )   CIVIL NO. 04-11578 PBS
 )
FIRE SYSTEMS, INC., ET AL, )
   Defendants )

## DEFENDANT'S, PRO CON, INC., CORPORATE DISCLOSURE STATEMENT PURSUANT TO L.R. 7.3

Pursuant to U.S. District Court Local Rule 7.3, Pro Con, Inc., hereby states that its parent corporation is Stebbins Enterprises, 1359 Hooksett Road, Manchester, New Hampshire 03108. No publicly held company owns more than 10% of the stock.

        Pro Con, Inc.
        By its attorney,

        *Jon S. Hartmere* (signature)
        Jon S. Hartmere
        B.B.O. No. 224510
        Law Offices of Jacqueline L. Allen
        262 Washington Street, Suite 601
        Boston, MA 02108
        617-878-4631

Date: Nov 22, 2004

### CERTIFICATE OF SERVICE

I, Jon S. Hartmere, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that I mailed a copy of the within documents to all counsel.