UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br>As Subrogee of Hodan Properties, Inc.<br>    Plaintiff<br><br>Vs.<br><br>FIRE SYSTEMS, INC.,<br>FIRE SUPPRESSION SYSTEMS OF<br>NEW ENGLAND, INC.,<br>PRO CON, INC.<br>and BRIERE & PAQUETTE, INC. f/k/a<br>PAQUETTE ELECTRIC CO., INC.,<br>    Defendants | CASE NUMBER **04-11578 PBS** |

## DEFENDANT, FIRE SYSTEMS, INC.'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to U. S. District Court Local Rule 7.3, the defendant, Fire Systems, Inc., hereby states that it has no parent corporation. No publicly held company owns more than 10% of the stock.

FIRE SYSTEMS, INC.

By its Attorneys,

**MORRISON MAHONEY LLP**

_____
Gordon L. Sykes
BBO # 555580
10 North Main Street
Fall River, MA 02720
(508) 677-3100

## CERTIFICATE OF SERVICE

     I hereby certify that on November 22, 2004, I served the foregoing document by mailing a copy of same, first class mail, postage prepaid, to the attorneys of record:

David D. Dowd, Esquire
Curley & Curley
27 School Street
Boston, MA 02108

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
P.O. Box 608
Windsor Locks, CT 060-96.

Jocelyn M. Sedney, Esquire
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Jon S. Hartmere, Esquire
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108

/s/ Gordon L. Sykes
Gordon L. Sykes
BBO # 555580
**Morrison Mahoney LLP**
10 North Main Street
Fall River, MA 02720
(508) 677-3100