UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fireman's Fund Insurance Co.<br>　　　　　Plaintiff, | CIVIL ACTION<br>NO.  04-11578-PBS |
| v. | |
| Fire Systems, Inc., et al<br>　　　　　Defendants. | |

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                                November 29, 2004

　　　　The Scheduling Conference  previously scheduled for December 2, 2004, has been **rescheduled** to **January 7, 2005, at 2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk


Copies to:  All Counsel


resched.ntc