UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY, )
    Plaintiff )
     )
V. )     CIVIL NO. 04-11578 PBS
     )
FIRE SYSTEMS, INC., ET AL, )
    Defendants )

## DEFENDANT'S, PRO CON, INC., CERTIFICATION PURSUANT TO L. R. 16.1(D)(3)

Counsel for the Defendant, Jon S. Hartmere, and the Defendant, Pro Con, Inc., hereby certify that that they have conferred pursuant to L.R. 16.1(D)(3) to establish a budget for the costs of conducting the litigation and trial in this case and to consider the resolution of this action to alternative dispute resolution programs.

_____
~~Dena Coughlin~~ Bruce Desmarais's
Pro Con, Inc.   CFO/VP

_____
Jon S. Hartmere
BBO No. 224510
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

Date: 12/7/04

**CERTIFICATE OF SERVICE**

I, Jon S. Hartmere, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that I mailed a copy of the within documents to all counsel.