UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Fireman's Fund Ins., Co.
Plaintiff,

    V.               Civil Action Number
                       04-11578-PBS

Fire Systems, Inc., et al
Defendant.               January 7, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 6/15/05

Plaintiff's expert designation deadline: 7/15/05

Defendant's expert designation deadline: 8/15/05

Expert discovery deadline: 9/15/05

Summary Judgment Motion filing deadline: 10/15/05

Opposition to Summary Judgment Motions: 10/30/05

Hearing on Summary Judgment or Pretrial Conference: 11/16/05 at 2:00 p.m.

Final Pretrial Conference: 2/27/06 at 2:00 p.m.

Jury Trial: 3/6/06 at 9:00 a.m.

Case to be referred to Mediation program: Spring, 2005

                      By the Court,

                      /s/ Robert C. Alba

Deputy Clerk