IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 JAN 18 P 3: 15      CIVIL ACTION NO. 04-11578 PBS

U.S. DISTRICT COURT
DISTRICT OF MASS

---

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

  Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION
SYSTEMS OF NEW ENGLAND, INC., PRO
CON, INC., and PAQUETTE ELECTRIC
COMPANY, INC.

  Defendants

---

### DEFENDANT PAQUETTE ELECTRIC COMPANY, INC.'S
### LOCAL RULE 16.1(D)(3) CERTIFICATION

Counsel for the Defendant and the Defendant, Paquette Electric Company, Inc., hereby certify that they have conferred pursuant to L.R. 16.1(d)(3) to establish a budget for the costs of conducting the litigation and trial in this case and to consider the resolution of this action through alternative dispute resolution programs.

_____
John Paquette, President
Paquette Electric Co., Inc.
368 Killingly Road
Pomfret Center, CT  06259

_____
David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA  02108
(617) 523-2990/(617) 523-7602 fax

Date: 1/10/05

## Certificate of Service

I, David D. Dowd, hereby certify that a true copy of the foregoing pleading was served by first class mail, postage prepaid, directed to:

Erik Loftus, Esquire
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(Counsel for Fireman's Fund Insurance Company a/s/o Hodan Properties, Inc.)

Gordon L. Sykes, Esquire
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA 02722
(Counsel for Fire Systems, Inc.)

Jocelyn M. Sedney, Esquire
Brody Hardoon Perkins & Kesten
One Exeter Plaza
Boston, MA 02116
(Counsel for Fire Suppression Systems of New England, Inc.)

Jon S. Hartmere, Esquire
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
(Counsel for Pro Con, Inc.)

Date: Jan. 14, 2005

David D. Dowd