UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY, )
    Plaintiff )
)
V. ) CIVIL NO. 04-11578 PBS
)
FIRE SYSTEMS, INC., ET AL, )
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant, Pro Con, Inc., in the above entitled case.

By its attorney,

s/ Kathleen C. Tulloh Brink_____

Kathleen C. Tulloh Brink
B.B.O. No. 550274
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

**CERTIFICATE OF SERVICE**

I, Kathleen C. Tulloh Brink, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that I mailed a copy of the within documents to all counsel.