LAW OFFICES OF

# STUART G. BLACKBURN

TWO CONCORDE WAY
P.O. BOX 608
WINDSOR LOCKS, CT 06096-0608

STUART G. BLACKBURN*
JUSTIN J. DONNELLY
ERIK LOFTUS
*ALSO ADMITTED IN MASSACHUSETTS

TEL. (860) 292-1116
FAX. (860) 292-1221

MASSACHUSETTS OFFICE
14 HUBBARD AVENUE
SPRINGFIELD, MA 01105
(413) 737-6001

March 30, 2006

Judge Patti B. Saris
United States District Court
Commonwealth of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE: *Fireman's Fund Insurance Company a/s/o Hodan Properties, Inc. vs. Fire Systems, Inc.; Fire Suppression Systems of New England, Inc.; Pro Con, Inc. and Paquette Electric Co. Inc.*
Civil Case Number: 04-11578 PBS

Dear Judge Saris:

I have spoken with my client regarding your suggestion that we use a magistrate for trial. My client has consented to trial before Magistrate Sorokin.

Should you have any questions, please feel free to contact our office.

Sincerely,

Erik Loftus, Esq.

EL/kmk
HODEN PROP/saris3-30