IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-11578 PBS**

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

    Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC., PRO CON, INC., and PAQUETTE ELECTRIC COMPANY, INC.

    Defendants

**PAQUETTE ELECTRIC CO., INC.**
**EXPERT DISCLOSURE**

    Pursuant to Fed. R.Civ.P. 26(a)(2), Paquette Electric Co., hereby identifies Scott Duplisea of TEC Controls as a person who may offer evidence under Rules 702, 703 or 705 of the Federal Rules of Evidence. Mr. Duplisea has not been retained or employed for this purpose. Thus, Rule 26(a)(2)(B) is inapposite. In any event, no report exists. Mr. Duplisea's subject matter, opinions, if any, and experience are as set forth in his deposition and C.V. produced and marked as an exhibit.

    Paquette has retained and may elicit testimony from expert David Bouchard, P.E., in accordance with the disclosure made by Fire Suppression Systems of New England, Inc. and his report served therewith.

                                                                         By its Attorneys,

Date:  May 1, 2006                                                   s/     David D. Dowd, Esquire
                                                                           David D. Dowd, BBO No. 132660
                                                                           Curley & Curley, PC
                                                                           27 School Street
                                                                           Boston, MA   02108
                                                                           (617) 523-2990/(617) 523-7602 fax


## Certificate of Service

      I, David D. Dowd, hereby certify that a true copy of the foregoing pleading was served by first class mail, postage prepaid, directed to:

| | |
|---|---|
| Erik Loftus, Esquire<br>Law Offices of Stuart G. Blackburn<br>Two Concorde Way<br>P.O. Box 608<br>Windsor Locks, CT   06096<br>(Counsel for Fireman's Fund Insurance<br>Company a/s/o Hodan Properties, Inc.) | Jocelyn M. Sedney, Esquire<br>Brody Hardoon Perkins & Kesten<br>One Exeter Plaza<br>Boston, MA   02116<br>(Counsel for Fire Suppression<br>New England, Inc.) |
| Gordon L. Sykes, Esquire<br>Morrison, Mahoney & Miller<br>10 North Main Street<br>Fall River, MA   02722<br>(Counsel for Fire Systems, Inc.) | Kathleen C. Tulloh Brink, Esquire<br>Law Offices of Jacqueline L. Allen<br>262 Washington Street, Suite 601<br>Boston, MA   02108<br>(Counsel for Pro Con, Inc.) |

Date:  May 1, 2006                                                   s/     David D. Dowd, Esquire
                                                                           David D. Dowd