UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

FIREMAN'S FUND INSURANCE )
COMPANY )
As Subrogee of Hodan Properties, Inc. )
)
    Plaintiff, )
vs. )
)
FIRE SYSTEMS, INC., )
FIRE SUPPRESSION SYSTEMS OF )
NEW ENGLAND, INC.., )
PRO CON, INC.., and )
BRIERE & PAQUETTE, INC. f/k/a )
PAQUETTE ELECTRIC CO, INC. )
)
    Defendants )

## DEFENDANT FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC.'S EXPERT DISCLOSURE

Pursuant to U.S. District Court Local Rule 26(a)(2)(A), Fire Suppression Systems of New England, Inc. herby discloses the following expert:

David Bouchard
Fire Consulting Associates, Inc.
Post Office Box 6664
Providence, R.I. 02940

Mr. Bouchard is expected to testify consistently with the details set forth in his report which is attached hereto as **Exhibit 1**.

In addition, Fire Suppression Systems, Inc. has not retained but intends to elicit expert testimony from witnesses deposed to date, including but not limited to Scott Duplisea. The testimony to be elicited from Mr. Duplisea is expected to

be consistent with his deposition testimony. His testimony is expected to involve the operation and functioning of the alarm panel which he installed as well as its connection to the sprinkler system involved in this case. He is also expected to testify regarding his opinions and conclusions regarding the cause of the malfunction of that system. His testimony is expected to be based upon his knowledge, experience and training as well as his observations of the system in question as is reflected in his resume (**Exhibit 2**) and his deposition testimony.

        The defendant,

        Fire Suppression Systems of
        New England, Inc.
        By its attorneys,

        /s/ Jocelyn M. Sedney
        Jocelyn M. Sedney, BBO# 552115
        BRODY, HARDOON, PERKINS & KESTEN, LLP
        One Exeter Plaza
        Boston, MA 02116
        (617) 880-7100

Dated: May 1, 2006