

EXHIBIT 2

## Scott R. Duplisea
27 Gem Drive
Willimantic, CT  06226
860-208-7157
sduplisea@yahoo.com

**Experience:**

*TEC Control Systems, inc.*
**Service Technician**

Torrington, Connecticut
August 1999 to Present

- Execute daily operations of start-ups, service, inspections and repairs of fire alarm, security, CCTV, card access, nurse call, intercom and other electrical systems.
- Apply knowledge of design, construction procedures and building codes to assure satisfactory installations of fire alarm, security, CCTV, card access, nurse call, intercom and other electrical systems.
- Instrumental in the design and installation of fire alarm systems in two hospitals.
- Prepare information regarding design, specifications, materials, equipment, estimated costs and construction time.
- Prepare operating and maintenance manuals and reports.
- Responsible for all service requests in eastern Connecticut, Fishers Island, NY, and parts of Rhode Island and Massachusetts on a 24 hour basis.
- Supervise and train employees, schedule work hours, resolve conflicts, and make recommendations in salaries.

*William W. Backus Hospital*
**Fire Systems Technician**

Norwich, Connecticut
March 1989 to August 1999

- Responsible for inspecting, testing, maintenance and repair of all fire alarm and sprinkler systems.
- Researched all applicable codes and standards and applied them to assure compliance with OSHA, state and local agencies, insurance underwriter, and JCAHO.
- Designed, established and utilized computer technology to maintain all code related inspections and documentation.
- Consulted with engineers to determine functional requirements of new structure and renovation projects.
- Trained and managed the fire safety education of 1,300 employees and achieved significant improvements in their fire safety responsibilities.
- Successfully handled a fire alarm upgrade to satisfy a consent decree involving the Americans with Disabilities Act.
- Conducted periodic on-site observation of work during construction to monitor compliance with interim life safety policies.
- Structured and maintained a fire inspection program of all buildings and grounds.
- Prepared operating and maintenance manuals, studies and reports.
- Spearheaded an annual fire safety education fair.
- Directed activities of workers engaged in fire suppression.
- Responsible for conducting fire drills at regular intervals.
- Negotiated relocation of system components to resolve conflicts of co-location with other systems.
- Performed in the capacity of an electrician as required by demands placed on the maintenance department.


DEFENDANT'S EXHIBIT
S For TD
1-13-06
PENGAD 800-631-6989

*Champagne Electric, Inc.*
**Electrician**

Plainfield, Connecticut
May 1988 to March 1989

- Commercial and residential electrical installations.
- Industrial controls and wiring.
- Bucket truck operation to facilitate installation of rooftop signage, industrial electrical installations and pole lighting maintenance.

*General Dynamics, Electric Boat Division*
**Maintenance Electrician**

Groton, Connecticut
January 1980 to May 1988

- Install, maintain and troubleshoot all phases of industrial electrical installations.
- Performed preventative maintenance on high voltage distribution equipment.
- Assisted designated personnel with the facility's fire alarm system modifications.
- Handled routine electrical maintenance duties as required.
- Often worked overtime on weekend off shifts to provide facility coverage in the event of electrical emergencies.
- Responded to emergency calls involving power outages, snow storms, hurricanes and other events as requested.

**License:**    State of Connecticut Electrical Contractor E-1.

**Education:**    *Three Rivers Community Technical College*    Norwich, Connecticut
**Fire Science and Administration**
Continuing as a part-time student

**Scott R. Duplisea**
27 Gem Drive
Willimantic, CT 06226
860-208-7157
sduplisea@yahoo.com

# Education

AutoCAD
Three Rivers Community Technical College, Norwich, CT

Spring 2006

Continuing Education for Electricians Course
Independent Electrical Contractors of New England, Inc.

April 2, 2005

Intermediate Algebra
Three Rivers Community Technical College, Norwich, CT

Spring 2002

American Democracy
Three Rivers Community Technical College, Norwich, CT

Spring 2002

Basic Algebra
Three Rivers Community Technical College, Norwich, CT

Fall 2001

Interior Fire Alarm Technician Level I Certification
International Municipal Signal Association, Inc.

December 15, 2000

Intermediate Fire Alarm Seminar
Automatic Fire Alarm Association, Inc.

November 28-30, 2000

College Composition
Three Rivers Community Technical College, Norwich, CT

Spring 1999

Municipal Fire Administration
Three Rivers Community Technical College, Norwich, CT

Spring 1999

Integrating Fire Alarm Systems with Building Systems
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

Fire Protection Testing and Maintenance
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

The Effects of Water Mist on Energized Equipment
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

Photoelectric vs. Ionization Detectors
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

Automatic Sprinklers
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

NFPA 101: Overview of Critical Issues
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

Current Fire Investigation
National Fire Protection Association, Baltimore, MD

May 16-19, 1999

Notifier Analog Fire Alarm Systems
Notifier Factory, Northford, CT

January 22, 1999

Introduction to Computer Applications                          Fall 1998
Three Rivers Community Technical College, Norwich, CT

Handcuffing Techniques Course                                  January 9, 1998
William W. Backus Hospital, Norwich, CT

Management of Aggressive Behavior Course                       December 20, 1997
William W. Backus Hospital, Norwich, CT

Oleoresin Capsicum Aerosol Course                              January 4, 1997
William W. Backus Hospital, Norwich, CT

Boating Safety Course                                          April 2, 1996
State of Connecticut, Department of Environmental Protection

Life Safety Code Seminar                                       October 9-12, 1995
National Fire Protection Association, Braintree, MA

Asbestos Hazard Awareness Training                             May 1, 1995
Con-Test, East Longmeadow, MA

Telecommunicator Training Program                              December 13, 1993
State of Connecticut, Office of Statewide Emergency Telecommunications

Recognizing and Identifying Hazardous Materials                November 23, 1993
Federal Emergency Management Agency, National Fire Academy

COLLECT System Terminal Operator Training Course               May 15, 1993
State of Connecticut, Department of Public Safety, Division of State Police

Fire Alarm Systems Workshop                                    August 13-14, 1992
National Fire Protection Association, Burlington, MA

Industrial Fire Control Concepts Seminar                       June 3-4, 1992
Industrial Risk Insurers, Hartford, CT

Strategy and Tactics                                           November 3, 1991
State of Connecticut, Connecticut State Fire School

Pediatric Trauma Management                                    September 28, 1991
Kiwanis Pediatric Trauma Institute, Norwich, CT

Emergency Medical Services Workshop                            June 8, 1991
William W. Backus Hospital

Chimney Fires                                                  February 17, 1991
State of Connecticut, Connecticut State Fire School

Automatic Sprinkler Systems Workshop                           August 20-21, 1990
National Fire Protection Association, Burlington, MA

Incident Command System                                        March 10, 1990
Federal Emergency Management Agency, National Fire Academy

Firefighter I                                                  January 16, 1990
State of Connecticut, The Commission on Fire Prevention and Control

Fire Prevention and Inspections                                Spring 1989
Three Rivers Community Technical College, Norwich, CT

Conducting Basic Fire Prevention Inspections          May 4, 1989
Federal Emergency Management Agency, National Fire Academy

Industrial Processes and Safety          Winter 1988
Three Rivers Community Technical College, Norwich, CT

Fire Alarms          Fall 1988
Three Rivers Community Technical College, Norwich, CT

Fire Investigations          Spring 1988
Three Rivers Community Technical College, Norwich, CT

Hazardous Materials Contingency Planning          May 1, 1988
Federal Emergency Management Agency, National Fire Academy

Water Supply          Winter 1987
Three Rivers Community Technical College, Norwich, CT

Hydraulics          Fall 1987
Three Rivers Community Technical College, Norwich, CT

Building Construction II          Spring 1987
Three Rivers Community Technical College, Norwich, CT

Building Construction I          Winter 1986
Three Rivers Community Technical College, Norwich, CT

Fire Technology II          Fall 1986
Three Rivers Community Technical College, Norwich, CT

Fundamentals Course for Radiological Monitors          November 3, 1986
State of Connecticut, Office of Civil Preparedness

Fire Officers Course          May 18, 1986
State of Connecticut, Eastern Connecticut Fireman's Training School

Fire Technology I          Spring 1986
Three Rivers Community Technical College, Norwich, CT

Emergency Medical Technician          Spring 1986
State of Connecticut, Office of Emergency Management

Fire Behavior, Salvage, Rescue, Extinguishers          February 12, 1985
State of Connecticut, Connecticut State Fire School

Control Maintenance and Troubleshooting Seminar          October 16-18, 1984
General Electric, Apparatus and Engineering Services Operations

Electrical Maintenance Seminar          October 2-4, 1984
General Electric, Apparatus and Engineering Services Operations

Electrical Safety Seminar          September 26, 1984
General Electric, Apparatus and Engineering Services Operations

Carpentry III          December 9, 1980
United States Army, The Army Institute for Professional Development

Pump Operation          March 16, 1980
State of Connecticut, Eastern Connecticut Fireman's Training School

Metalworker          November 29, 1979
United States Army, Ordnance and Chemical Center and School, Aberdeen Proving Ground, MD

Carpentry Course                                                    June 12, 1979
Harvard H. Ellis Regional Vocational Technical School, Danielson, CT

Basic Rescue                                                        May 20, 1979
State of Connecticut, Eastern Connecticut Fireman's Training School