UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | CIVIL NO. 04-11578 PBS |
| | ) | |
| FIRE SYSTEMS, INC., ET AL, | ) | |
| Defendants | ) | |


**DEFENDANT, PRO CON, INC.'S, EXPERT DISCLOSURE**

Pursuant to Federal Rules Civil Procedure 26 (a)(2) the defendant Pro Con, Inc., hereby states that it may elicit testimony from expert David Bouchard, P.E. in accordance with the disclosure made by Fire Suppression Systems of New England Inc, and his report served with the disclosure.  The defendant, Pro Con, Inc., may also elicit testimony from Scott Duplisea in accordance with the disclosure made by Paquette Electrical Co., Inc.


By its attorney,




\S\  Kathleen C. Tulloh Brink
Kathleen C. Tulloh Brink
B.B.O. No. 550274
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

**CERTIFICATE OF SERVICE**
I, Kathleen C. Tulloh Brink, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that I mailed a copy of the within documents to all counsel.