IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>　　　Plaintiff<br><br>v.<br><br>FIRE SYSTEMS, INC.;<br>FIRE SUPPRESSION SYSTEMS OF<br>　　　NEW ENGLAND, INC;.<br>PRO CON, INC.; and<br>PAQUETTE ELECTRIC COMPANY, INC.<br>　　　Defendants | :<br>:<br>:　CIVIL ACTION NO.<br>:　04-11578 PBS<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　MAY 30, 2006 |

---

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7(b) please enter my appearance as counsel in this case for FIREMAN'S FUND INSURANCE COMPANY a/s/o HODAN PROPERTIES, INC.

Dated: May 30, 2006

　　　　　　　　　　　　　　　　　THE PLAINTIFF,

　　　　　　　　　　　　　　　　　By: /s/ Stuart G. Blackburn
　　　　　　　　　　　　　　　　　Stuart G. Blackburn, Esq.
　　　　　　　　　　　　　　　　　Law Offices of Stuart G. Blackburn
　　　　　　　　　　　　　　　　　2 Concorde Way
　　　　　　　　　　　　　　　　　P.O. Box 608
　　　　　　　　　　　　　　　　　Windsor Locks, CT  06096
　　　　　　　　　　　　　　　　　Tel. (860) 292-1116
　　　　　　　　　　　　　　　　　Fax (860) 292-1221
　　　　　　　　　　　　　　　　　BBO # 549797

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY : | |
|     Plaintiff : | CIVIL ACTION NO. |
| : | 04-11578 PBS |
| v. : | |
| : | |
| FIRE SYSTEMS, INC.; : | |
| FIRE SUPPRESSION SYSTEMS OF : | |
|     NEW ENGLAND, INC;. : | |
| PRO CON, INC.; and : | |
| PAQUETTE ELECTRIC COMPANY, INC. : | |
|     Defendants : | MAY 30, 2006 |

---

    I hereby certify that on **May 30, 2006**, a copy of foregoing **APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ **Stuart G. Blackburn, Esq.**
        Law Offices of Stuart G. Blackburn
        Two Concorde Way
        P.O. Box 608
        Windsor Locks, CT  06096
        Tel. (860) 292-1116
        Fax (860) 292-1221
        BBO # 549797