UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE COMPANY,  )
    Plaintiff                              )
                                          )
V.                                  )        CIVIL NO. 04-11578 PBS
                                          )
FIRE SYSTEMS, INC., ET AL,        )
    Defendants                  )

**DEFENDANT, PRO CON, INC.
LIST OF WITNESSES AND EXHIBITS**

       Now comes the Defendant, Pro Con, Inc., in the above entitled action and

identifies the following witnesses to be called and exhibits to be introduced at

trial.

**I. WITNESSES**

    1.     Michael Zurowski
             275 Rukstella Road
             Brooklyn, Connecticut
             860-774-8855

    2.     Cory George Rogers
             169 Palmer Street
             New Bedford, MA

    3.     Charles Higgins
             3 Cook Street
             Douglas, MA
             508-476-2762

    4.     Jacinto M. Medeiros
             29 Pulaski Road
             (Chepachet) West Gloucester, RI
             401-568-5669

    5.     Scott Duplisea
             27 Gen Drive
             Willimantic, Conn.
             860-208-7157

6.      Richard Greene
        1359 Hooksett Road
        Hooksett, NH
        603-623-8811

7.      Ron Bouchard
        Fire Consulting Associates, Inc.
        PO Box 6664
        Providence, RI
        401-467-6014

## II.   EXHIBITS

1.      Contract between F.C. R. Associates, L.L. C,., owner – Pro con, Inc.,
        contractor dated December 4, 2000.

2.      Contract between Pro con, Inc., contractor – Paquette Electric Co.,
        Inc. subcontractor dated July 27, 2001.

3.      Contract between Pro Con, Inc., contractor, - Fire Suppression
        Systems of New England, Inc., subcontractor dated July 27, 2001.

4.      Alarm print out (exhibit 12 at Mr. Klem's deposition)

5.      Weather data print out

6.      1/16/03 Test/Inspection report of FSI (exhibit 1 at Corey Rogers
        deposition)

7.      10/10/02 Service Acknowledgement of FSI (exhibit 2 at Corey
        Rogers deposition)

8.      11/20/02 Test/Inspection report of FSI (exhibit 3 at Corey Rogers
        deposition)

9.      Tech Control Systems Job Work Order 1/16/03 (exhibit 4 at Corey
        Rogers deposition)

10.     Contractor's Material and Test Certificate for Aboveground Piping
        dated 5/17/021

11.     Automatic Sprinkler Systems Contractor's Material and Test
        Certificate for Underground Piping dated 5/3/02

12.    Photograph of the FSI tag (exhibit 6 at Mr. Klem's deposition)

13.    Application for permit to do wiring

14.    Building permit, Field inspection

15.    Occupancy permit

16.    Tech Control Systems Certificate of Completion

17.    Dartmouth Fire District Pre fire inspection form dated 4/30/02

18.    Facility Services and Engineering correspondence dated 4/29/02

19.    Conway engineering Construction Control correspondence dated 4/30/02

By its attorney,

\S\  Kathleen C. Tulloh Brink
Kathleen C. Tulloh Brink
B.B.O. No. 550274
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
617-878-4631

**CERTIFICATE OF SERVICE**

I, Kathleen C. Tulloh Brink, attorney for the Defendants, Pro Con, Inc., in the above-entitled action, hereby certify that I mailed a copy of the within documents to all counsel.