IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY : | CIVIL ACTION NO.: 04-11578 PBS |
| : | |
| v. : | |
| : | |
| FIRE SYSTEMS, INC.; : | |
| FIRE SUPPRESSION SYSTEMS OF : | |
|    NEW ENGLAND, INC.; : | |
| PRO CON, INC. : | |
| and : | |
| PAQUETTE ELECTRIC COMPANY, INC.: | |
|        Defendants : | AUGUST 21, 2006 |

---

## 26(a)(3) PRETRIAL DISCLOSURES

### A. TRIAL EXHIBITS

1. Fire Systems, Inc. service contract. (1pg.)
2. Fire Systems, Inc. inspection report dated 11/20/02. (3pgs.)
3. Fire Systems, Inc. invoice dated 12/10/02. (1pg.)
4. Fire Systems, Inc. inspection report dated 1/16/03. (3pgs.)
5. System Test Certificates. (10pgs.)
6. Fungal remediation plan, testing, and reports. (270pgs.)
7. Blueprints of 181 Faunce Corner Road. (7pgs.)
8. Photographs of damage. (49 photos.)
9. Photographs of loss area and alarm suppression system. (51 photos.)
10. Sworn Statement of Loss "Building". (2pgs.)
11. Sworn Statement of Loss "Contents". (2pgs.)
12. Fire Suppression Systems work order dated 1/19/03. (1pg.)
13. Contents Inventory. (5pgs.)
14. Servicemaster report, general release and correspondence related to 2/1/03 loss. (20pgs.)
15. Covino invoices. (3pgs.)
16. Envirotech invoices. (26pgs.)
17. Servicemaster report for 1/19/03 loss. (183pgs.)
18. Purchase orders for replacement items. (21pgs.)

19. Mobile Mini invoices. (17pgs.)
20. Home Depot maintenance warehouse invoices. (4pgs.)
21. American Hotel Register invoice. (2pgs.)
22. Teledex, Ltd. proposal. (2pgs.)
23. Replacement quotes (various). (3pgs.)
24. Coast to Coast invoices. (6pgs.)
25. Hydro-Environmental Technologies invoices. (5pgs.)
26. Paquette Electric invoices. (2pgs.)
27. Fire Suppression Systems invoice. (2pgs.)
28. Canal Carpets invoice. (2pgs.)
29. Loading Technologies invoice. (4pgs.)
30. ABC Disposal invoice. (1pg.)
31. Home Depot invoice. (3pgs.)
32. Insurance Policy declarations. (20pgs.)
33. Richard Papetti report, dated 12/23/05. (4pgs.)
34. Draft Detail Report. (1pg.)
35. Business Income Loss Summary, prepared by Magnan Graizzaro & Associates. (14pgs.)
36. Business Income and Extra Expense Summary, prepared by Swerling Milton Winnick. (30pgs.)
37. Statement of loss prepared by Swerling Milton Winnick. (2pgs.)
38. Swerling Milton Winnick adjustment report. (272pgs.)
39. Stoner & Co. invoice and estimates. (3pgs.)
40. Contract between FCR Associates and Pro-Con, Inc. (29pgs.)

All documents and photos are contained on a compact disc to follow via mail.

## B. WITNESSES EXPECTED TO BE CALLED BY PLAINTIFF

1. Richard Papetti, P.E.
   Abvima Engineering, Inc.
   62 Bay Road
   North Easton, MA  02356-1704
   (508) 238-1440

2. Bruce Swerling
   Swerling Milton Winnick
   36 Washington St. Suite 310
   Wellesley Hills, MA  02481
   (781) 416-1000

3. Doug Maxwell
   29 Henry Street
   Mansfield, MA  02048
   (978) 741-5731 x. 19
   (781) 389-5117

4. Herb Staniszewski
   KW Companies
   304 Boston Post Road
   Wayland, MA 01778
   (508) 358-2090

5. John Palmer
   Fire Systems, Inc.
   955 Reed Road
   North Dartmouth, MA  02860
   (508) 999-4444

6. Charles Barrett
   Fire Systems, Inc.
   955 Reed Road
   North Dartmouth, MA  02860
   (508) 999-4444

7. Cory Rogers
   169 Palmer Street
   New Bedford, MA  02740

8. Scott Duplisea
   27 Gem Drive
   Willimantic, CT

9. James G. DiChaira
   Magnan Graizzaro & Associates
   87 Summer Street, 5th Floor
   Boston, MA
   (617) 482-5755

**C. WITNESSES TO BE OFFERED VIA TRANSCRIPT TESTIMONY BY PLAINTIFF**

None.

**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,

_____
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

**CERTIFICATE OF SERVICE**

---------------------------------------------------

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY | : CIVIL ACTION NO.: 04-11578 PBS |
| v. | : |
| FIRE SYSTEMS, INC.; FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC.; PRO CON, INC. and PAQUETTE ELECTRIC COMPANY, INC. Defendants | : AUGUST 21, 2006 |

---------------------------------------------------

I hereby certify that on **August 21, 2006**, a copy of foregoing **26(a)(3) PRETRIAL DISCLOSURES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Erik Loftus, Esq.
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116