UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, ) <br> As Subrogee of Hodan Properties, Inc.   ) <br>     Plaintiff           ) <br>                     ) <br> Vs.                      ) <br>                     ) <br> FIRE SYSTEMS, INC.,    ) <br> FIRE SUPPRESSION SYSTEMS OF ) <br> NEW ENGLAND, INC.,    ) <br> PRO CON, INC.        ) <br> and BRIERE & PAQUETTE, INC. f/k/a ) <br> PAQUETTE ELECTRIC CO., INC.,  ) <br>     Defendants        ) | **CASE NUMBER <u>04-11578 PBS</u>** |

## <u>DEFENDANT, FIRE SYSTEMS, INC.'S, DISCLOSURE</u><br><u>PURSUANT TO RULE 26(a)(3)</u>

In accordance with Judge Sorokin's Order Setting Case for Trial dated June 1, 2006, the

defendant, Fire Systems, Inc., makes the following disclosures pursuant to Rule 26(a)(3):

**<u>Witnesses:</u>**

       1.     Charles Barrett
                 Fire Systems, Inc.
                 955 Reed Road
                 North Dartmouth, MA  02747

       2.     John H. Palmer
                 52 Clark Mill Street
                 Coventry, RI  02816

       3.     John McNamara
                 71 Connecticut Avenue
                 North Dartmouth, MA  02747

       4.     Cory G. Rogers
                 169 Palmer Street
                 New Bedford, MA  02740

5.      Christopher Paquin
        885 School Street
        Mansfield, MA  02048

6.      Jacinto Medeiros
        29 Pulaski Road
        Chepachet, RI  02814

7.      Charles Higgins
        3 Cook Street
        Douglas, MA  01516

8.      Thomas Klem
        T. J. Klem & Associates
        24 Robert Road
        Stoughton, MA  02072

9.      James Rogers
        P.O. Box 1379
        Vineyard Haven, MA  02568

**Exhibits:**

1.      Contract between Residence Inn and Fire Systems, Inc.;

2.      Trouble and Alarm History Print-Out from Residence Inn Alarm System;

3.      Photographs taken by Thomas Klem;

4.      Photographs taken by Richard Papetti;

5.      Application for Electrical Wiring Permit; and

6.      TEC Control Systems Certificate of Completion.

                        FIRE SYSTEMS, INC.

                        By its Attorneys,

                        /s/ Gordon L. Sykes
                        Gordon L. Sykes
                        BBO #555580
                        10 North Main Street
                        Fall River, MA  02720
                        (508) 677-3100

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 21, 2006.

                /s/ Gordon L. Sykes