**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NO. 04-11578 PBS**

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

      Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION
SYSTEMS OF NEW ENGLAND, INC., PRO
CON, INC., and PAQUETTE ELECTRIC
COMPANY, INC.

      Defendants

**DEFENDANT PAQUETTE ELECTRIC COMPANY, INC.'S**
**RULE 26 (A) (3) DISCLOSURE OF WITNESSES**

     In addition to those identified by other parties whom Paquette Electric Company,

Inc. may call, Paquette expects to call the following persons as witnesses:

    1.     Scott Duplisea
          27 Gem Drive
          Willimantic, CT
          (860) 208-7157

    2.     Michael Zurowski
          275 Ruestella Road
          Brooklyn, CT
          (860) 774-8855

    3.     James Parenteau
          Paquette Electric Company, Inc.
          368 Killingly Road
          Pomfret, CT   06350
          (860) 963-7078

4.      Kevin Harrington
        Paquette Electric Company, Inc.
        368 Killingly Road
        Pomfret, CT   06350
        (860) 963-7078

5.      Keeper of Records
        Town of Dartmouth
        Municipal Building
        400 Slocum Road
        Dartmouth, MA   02747
        (508) 910-1800

6.      Elizabeth Smith
        15 Minot Street
        Wakefield, MA   01880
        (617) 523-2990

7.      John McNamara
        71 Connecticut Avenue
        N. Dartmouth, MA   02747
        (508) 993-7642

8.      David Bouchard
        Fire Casualty Assoc., Inc.
        P.O. Box 6664
        Providence, RI
        (401) 467-6014

9.      Cory George Rogers
        169 Palmer Street
        New Bedford, MA

10.     Charles Higgins
        3 Cook Street
        Douglas, MA
        (508) 476-2762

11.     Jacinto M. Medeiros
        29 Pulaski Road
        (Chepachet) W. Gloucester, RI
        (401) 568-5669

12.     David Lambert
        Paquette Electric Company, Inc.
        368 Killingly Road
        Pomfret, CT   06350
        (860) 963-7078

13.     James Smart, P.E.
        42 Ridgebrook Drive
        Coventry, CT   06238
        (860) 742-4170

14.     John Palmer
        52 Clark Mill Street
        Coventry, RI   02816

At this time, Paquette has no present intention to present testimony of any witness via transcript, other than brief excerpts of the Connecticut employees of Paquette and Rhode Island employees of Fire Systems, Inc. (FSI) and Fire Suppression Systems of New England, Inc. (FSSNE), if necessary and unavailable.

**EXHIBITS**

In addition to those marked as exhibits at depositions and identified by the other parties, Paquette may offer the following exhibits into evidence at trial:

1.      FSI November 20, 2002 report (Barrett Exhibit 3)

2.      FSI January 16, 2003 report (Barrett Exhibit 5)

3.      FSI Proposal and Contract (Barrett Exhibit 2)

4.      TEC Control Systems January 16, 2003 job work order (January 13, 2006 Exhibit 2)

5.      TEC Certificate of Completion (Rogers Exhibit 6)

6.      Contractor's Material and Test Certificate for Dry Pipe System (Higgins Exhibit 6)

7.      Weather data sheets (Klem Exhibit 14)

8.      Alarm history and trouble history printouts from C. Barrett (January 13, 2006 Exhibit 4)

9.      Copy of disk from C. Barrett

10.     Edited disk

11.     Edited alarm history printout

12.     PCI Architecture project specifications, sections 15325, 15350 and 15315 (Klem Exhibits 16, 17, 20)

13.     Dartmouth Fire District Pre-Fire Inspection Form (Rogers Exhibit 7)

14.     Application for permit to perform electrical work (Rogers Exhibit 3)

15.     Building permit field inspection sheets (Rogers Exhibit 4)

16.     Applications and plans submitted to Town of Dartmouth regarding Paquette's work

17.     Building permit (Higgins Exhibit 8)

18.     June 14, 2001 building permit

19.     Occupancy permit (Rogers Exhibit 5)

20.     James Smart April 29, 2002 letter (Rogers Exhibit 8)

21.     Charles Barrett October 6, 2003 letter (Klem Exhibit 3)

22.     Chief McNamara calendar sheets for January 17, 2002, January 18, 2002, April 1, 2002, April 10, 2002, April 23, 2002, April 30, 2002

23.     Potter PS10A pressure switch literature (Paquin Exhibit 3)

24.     Potter PS40A high/low pressure switch literature (Paquin Exhibit 4)

25.     Model 1000 test and drain (Paquin Exhibit 2)

26.     Dry pipe valve literature (Paquin Exhibit 1)

27.    FSI "tags" (January 13, 2006 Exhibit 3)

28.    Diagrams of sprinkler system and dry pipe valve with alarm components

29.    Sketch of valve and components (Higgins Exhibit 9)

30.    Drawings (Zurowski Exhibit 2)

31.    Electrician licenses of Paquette Electric Company, Inc. and John M.

        Paquette

32.    Hodan September 3, 2003 release of Select Energy, et al.

33.    Neil Watts' August 19, 2003 letter to D. Maxwell

34.    ServiceMaster February  19, 2003 letter and invoice

35.    Rogers' damage list (Rogers Exhibit 5)

Respectfully submitted,
PAQUETTE ELECTRIC COMPANY, INC.
By its Attorneys,

Date:  August 23, 2006                s/  David D. Dowd, Esquire
                                       David D. Dowd, BBO#132660
                                       Curley & Curley, P.C.
                                       27 School Street, Suite 600
                                       Boston, MA   02108
                                       (617) 523-2990/(617) 523-7602 fax

**Certificate of Service**

I, David D.  Dowd, hereby certify that I served a true and correct copy of the foregoing pleading electronically to:

Gordon L. Sykes, Esquire              Erik Loftus, Esquire
Morrison, Mahoney & Miller, LLP       Law Offices of Stuart Blackburn
10 North Main Street                  2 Concorde Way, P.O. Box 608
Fall River, MA   02722                Windsor Locks, CT   06096

Jocelyn M. Sedney, Esquire          Kathleen C. Tulloh Brink, Esquire
Brody Hardoon Perkins & Kesten      Law Offices of Jacqueline L. Allen
One Exeter Plaza                    262 Washington Street, Suite 601
Boston, MA   02116                  Boston, MA   02108


Date:  August 23, 2006              s/  David D. Dowd, Esquire
                                    David D. Dowd