UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

FIREMAN'S FUND INSURANCE )
COMPANY )
As Subrogee of Hodan Properties, Inc. )
)
    Plaintiff, )
vs. )
)
FIRE SYSTEMS, INC., )
FIRE SUPPRESSION SYSTEMS OF )
NEW ENGLAND, INC.., )
PRO CON, INC.., and )
BRIERE & PAQUETTE, INC. f/k/a )
PAQUETTE ELECTRIC CO, INC. )
)
    Defendants )

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the Defendant, Fire Suppression Systems of New England, Inc., with reference to the above-captioned action.

THE DEFENDANT,
Fire Suppression Systems of New England, Inc.
By its attorneys,

/s/Peter E. Montgomery
Peter E. Montgomery, BBO#632698
**BRODY, HARDOON, PERKINS & KESTEN, LLP**
One Exeter Plaza, 12th Floor
Boston, MA 02116
(617) 880-7100

Dated: August 28, 2006