IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 04-11578 PBS**

---

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

    Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC., PRO CON, INC., and PAQUETTE ELECTRIC COMPANY, INC.

    Defendants

---

### DEFENDANT PAQUETTE ELECTRIC COMPANY, INC.'S OBJECTIONS TO PROPOSED WITNESS AND EXHIBIT LISTS

Defendant objects to the following witnesses and exhibits on the grounds stated, among others:

**Plaintiff's Witnesses**

    1.    James G. DiChaira:  Untimely and inadequate expert disclosure.

    2.    Doug Maxwell:  Untimely and inadequate expert disclosure.

**Plaintiff's Exhibits**

    6.    Fungal Remediation Plan:  Foundation, non-disclosure of expert.

    10.    Sworn Statement of Loss "Building":  Foundation, non-disclosure of expert.

- 2 -

11. Sworn Statement of Loss "Contents": Foundation, non-disclosure of expert.

13. Contents Inventory: Foundation, non-disclosure of expert.

15. Covino Invoices: Foundation, non-disclosure of expert.

16. Envirotech Invoices: Foundation, non-disclosure of expert.

18. Purchase Orders for Replacement Items: Foundation, non-disclosure of expert.

19. Mobile Mini Invoices: Foundation, non-disclosure of expert.

33. Papetti December 23, 2005 Report: Incomplete, report not admissible in addition to or in lieu of expert testimony.

34. Draft Detail Report: Foundation, non-disclosure of expert.

35. Business Income Loss Summary: Foundation, non-disclosure of expert.

36. Business Income and Extra Expense Summary: Foundation, non-disclosure of expert.

37. Statement of Loss: Foundation, non-disclosure of expert.

38. Swerling Adjustment Report: Foundation, non-disclosure of expert.

39. Stoner Invoice and Estimates: Foundation, non-disclosure of expert.

41. Business Income Statement of Loss: Foundation, non-disclosure of expert.

                                                    Respectfully submitted,

                                                    PAQUETTE ELECTRIC COMPANY, INC.
                                                    By its Attorneys,

Date: August 29, 2006                        s/ David D. Dowd,
                                                  David D. Dowd, BBO#132660
                                                  Curley & Curley, P.C.
                                                  27 School Street, Suite 600
                                                  Boston, MA 02108
                                                  (617) 523-2990/(617) 523-7602 fax

## Certificate of Service

I, David D. Dowd, hereby certify that I served a true and correct copy of the foregoing pleading electronically to:

| | |
|---|---|
| Gordon L. Sykes, Esquire | Erik Loftus, Esquire |
| Morrison, Mahoney & Miller, LLP | Law Offices of Stuart Blackburn |
| 10 North Main Street | 2 Concorde Way, P.O. Box 608 |
| Fall River, MA 02722 | Windsor Locks, CT 06096 |
| | |
| Jocelyn M. Sedney, Esquire | Kathleen C. Tulloh Brink, Esquire |
| Brody Hardoon Perkins & Kesten | Law Offices of Jacqueline L. Allen |
| One Exeter Plaza | 262 Washington Street, Suite 601 |
| Boston, MA 02116 | Boston, MA 02108 |

Date: August 29, 2006                        s/ David D. Dowd,
                                                  David D. Dowd