# Exhibit C

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Pamela J. Fitzgerald
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

August 29, 2006

*Via Email: eloftus@sbcglobal.net*
Erik Loftus, Esq.
Law Office of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

RE:  Fireman's Fund Insurance Company A/S/O Hodan Properties
Vs.  Fire Systems, Inc., Fire Suppression Systems of New England, ProCon Inc., Briere & Paquette, Inc. F/K/A/ Paquette Electric Co., Inc.
     U.S. District Court Civil Action No. 04-11578PBS

Dear Attorney Loftus:

I am in receipt of your letter of August 29 wherein you finally disclose that the fitting, which is the subject matter of this lawsuit, has been available for inspection throughout the pendency of this case.

As you know this case is set for trial on September 18. A date certain set by Magistrate Sorokin. This last minute disclosure which strikes at the heart of this claim severely and irreparably prejudices my client. My client has not been able to thoroughly examine this evidence, develop any possible defense based upon it, retain appropriate experts to explore those defenses, etc. This cannot be remedied by your offer to ship it immediately to any laboratory of my choice.

Although you profess to have only become aware of its existence at the deposition of Mr. Klem, it was in the possession of your expert. The prejudice to my client is manifest and incurable at this point. Failure to adhere to the disclosure requirements set forth in the rule require harsh sanctions and, in this case, mandatory preclusion.

Very truly yours,

Jocelyn M. Sedney /knp

Jocelyn M. Sedney

JMS/knp
cc: Gordon L. Sykes, Esq. (via email: gsykes@morrisonmahoney.com)
    Kathleen C. Tulloh Brink, Esq. (via email: Kathleen.Brink@cna.com)
    David D. Dowd, Esq. (via email: ddd@curleylaw.com)