# Exhibit A

LAW OFFICES OF

# STUART G. BLACKBURN

TWO CONCORDE WAY
P.O. BOX 608
WINDSOR LOCKS, CT 06096-0608

STUART G. BLACKBURN*
JUSTIN J. DONNELLY
ERIK LOFTUS
*ALSO ADMITTED IN MASSACHUSETTS

TEL. (860) 292-1116
FAX. (860) 292-1221

MASSACHUSETTS OFFICE
14 HUBBARD AVENUE
SPRINGFIELD, MA 01105
(413) 737-6001

August 29, 2006

Jocelyn M. Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Kathleen Brink, Esq.
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108

David D. Dowd, Esq.
Curley & Curley, PC
27 School Street
Boston, MA 02108

Gordon L. Sykes, Esq.
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA 02722

Re:   *Fireman's Fund v. Fire Systems et al.*

Dear Counsel:

At the August 16, 2006, deposition of Thomas Klem, it was discovered that a piece of piping was removed from the loss location and was made available for inspection to Mr. Klem at some point prior to the institution of suit. We have located the piece of piping that was referenced in the deposition and it is available for inspection and testing immediately. The piping is located at the offices of:

Hodan Properties
205 Main Street
New London, New Hampshire 03257

We are more than willing to make other arrangements with regard to availability, including having the piping shipped to the lab of your choice. Please let me know what arrangements you would like.

Please let me know if there is anything else I can provide at this time.

Sincerely,

*Erik Loftus*

Erik Loftus

EL/kmk
HODAN/counsel8-29