# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

FIREMAN'S FUND INSURANCE
COMPANY

v.

FIRE SYSTEMS, INC.;
FIRE SUPPRESSION SYSTEMS OF
  NEW ENGLAND, INC.;
PRO CON, INC.
and
PAQUETTE ELECTRIC COMPANY, INC.:
       Defendants

: CIVIL ACTION NO.:
: 04-11578 PBS
:
:
:
:
:
:
:
:
:
: OCTOBER 21, 2004

---

## 26(a) INITIAL DISCLOSURES

### A. INDIVIDUALS WHO MAY POSSESS DISCOVERABLE INFORMATION

A. Joseph Fetters
   Fireman's Fund Ins. Co.
   PO Box 401
   Exeter, NH 03833

B. Richard R. Papetti
   GAI Engineers
   378 Page Street – Bldg. #10
   Stoughton, MA 02072

C. Bruce Swerling
   Doug Maxwell
   Swerling Milton Winnick
   36 Washington St. Suite 310
   Wellesley Hills, MA 02481

D. Walter F. Jackson
   Hydro Environmental Technologies, Inc.
   54 Nonset Path
   Acton, MA 01720

    E.  Robert Karol
        Dan Wolf
        Hodan Properties
        PO Box 177
        New London, NH 03257

    F.  Covino Environmental Associates, Inc.
        300 Wildwood Avenue
        Woburn, MA

    G.  Shannon Smith
        Residence Inn
        181 Faunce Corner Road
        North Dartmouth, MA

    H.  Joseph Franco
        Craig/IS Ltd.
        PO Box 40569
        Jacksonville, FL 32203

**B. DOCUMENTS SUPPORTING PLAINTIFF'S CLAIM**

    See attached.

**C. COMPUTATION OF DAMAGES**

    $1,828,483.34 paid to insured. See supporting documents attached.

**D. INSURANCE AGREEMENT**

    Not applicable.

FIREMAN'S FUND INSURANCE COMPANY
By its attorneys,

_____
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116

## CERTIFICATION

I hereby certify that the foregoing 26(a) INITIAL DISCLOSURES has been mailed this 21st day of October 2004, first class mail, postage prepaid to the following:

Gordon L. Sykes, Esq.
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA 02722
(Fire Systems, Inc.)

Jocelyn M. Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116
(Fire Suppression Systems of New England, Inc.)

Jon S. Hartmere, Esq.
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
(Pro Con, Inc.)

David D. Dowd, Esq.
Curley & Curley, PC
27 School Street
Boston, MA 02108
(Paquette Electric Co, Inc.)

Erik Loftus, Esq.