# Exhibit C

LAW OFFICES OF

# STUART G. BLACKBURN

TWO CONCORDE WAY
P.O. BOX 608
WINDSOR LOCKS, CT 06096-0608

STUART G. BLACKBURN*
JUSTIN J. DONNELLY
ERIK LOFTUS
*ALSO ADMITTED IN MASSACHUSETTS

TEL. (860) 292-1116
FAX. (860) 292-1221

MASSACHUSETTS OFFICE
14 HUBBARD AVENUE
SPRINGFIELD, MA 01105
(413) 737-6001

August 29, 2006

Jocelyn M. Sedney, Esq.
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

Kathleen Brink, Esq.
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108

David D. Dowd, Esq.
Curley & Curley, PC
27 School Street
Boston, MA 02108

Gordon L. Sykes, Esq.
Morrison, Mahoney & Miller
10 North Main Street
Fall River, MA 02722

Re: *Fireman's Fund v. Fire Systems et al.*

Dear Counsel:

Please note, all individuals listed by the Plaintiff in its pretrial disclosure, and supplemental pretrial disclosure, are available for deposition immediately. This includes both Doug Maxwell and James DiChaira. Please contact me so that we can schedule any requested depositions. Please note, although claims have been made that discovery is closed, the Plaintiff has consented to extensions of time for expert depositions and additional fact depositions outside the scope of what was discussed at the pretrial in this matter. I hope to see the same level of courtesy from you all.

Sincerely,

*Erik Loftus*

Erik Loftus

EL/kmk
HODAN/counsel8-29-06