# EXHIBIT C

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile  617-880-7171
www.bhpklaw.com

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

October 18, 2004

Erik Loftus, Esquire
Law Office of Stuart Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

RE:  Fireman's Fund Insurance Company A/S/O Hodan Properties
Vs.  Fire Systems, Inc., Fire Suppression Systems of New England, ProCon Inc., Briere & Paquette, Inc. F/K/A/ Paquette Electric Co., Inc.
Date of Loss: 1/19/03
Your Claim No.: 4561
Our File No.: 1074.011

Dear Mr. Loftus:

This letter confirms our earlier conversation during which I requested that you make the property at issue available for inspection as soon as possible. I await your reply.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Jocelyn M. Sedney

JMS/knp

cc:  Gordon L. Sykes, Esq.
     Jon S. Hartmere, Esq.
     David D. Dowd, Esq.