# EXHIBIT D

Case 1:04-cv-11578-LTS   Document 87   Filed 09/01/2006   Page 1 of 4

Fri, Sep 1, 2006  1:48 PM

**Subject: FFIC v. FSI, FSS, etc.**
**Date: Friday, March 10, 2006 10:53 AM**
**From: Erik Loftus <eloftus@sbcglobal.net>**
**To: Jocelyn Sedney <jsedney@bhpklaw.com>, "David D. Dowd" < ddd@curleylaw.com>, <gsykes@morrisonmahoney.com>, <kathleen.brink@cna.com>**

Rick Papetti has been on trial this week, so he apologizes for the late response. Attached are his second and third reports. They are really nothing more than updates on activities for which we engaged him.

He has not, as of yet responded regarding color copies of photos. The only copy I have is the .pdf file I attempted to send previously. That clearly didn't work, as the file was too big for your servers. So, I will attempt to break down the .pdf file into single sheet .pdf's for each page of photos and send them individually. It should be possible, though I've never successfully done it before. David, if you have any tips....

Erik Loftus, Esq.
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
(860) 292-1116

**Subject:** Re: Expert photos
**Date:** Friday, March 24, 2006 4:02 PM
**From:** Erik Loftus <eloftus@sbcglobal.net>
**To:** Jocelyn Sedney <jsedney@bhpklaw.com>

Jocelyn:

Since they were taken with a film camera, all I can do is send you a cd with pdf's of the color photos. Rick no longer has them. Let me know if this is acceptable.

Erik
----- Original Message -----
From: "Jocelyn Sedney" <jsedney@bhpklaw.com>
To: "Erik Loftus" <eloftus@sbcglobal.net>
Sent: Friday, March 24, 2006 2:58 PM
Subject: Expert photos


> Eric- I have asked before for color photos from GAI- we have some Xeroxed
> that do not show well.  Please let me know when I can expect those.
> Thanks-
> Jocelyn
>
>

**Subject: Re: Pappetti report**
**Date:** Tuesday, March 7, 2006 11:55 AM
**From:** Erik Loftus <eloftus@sbcglobal.net>
**To:** "David D. Dowd" <ddd@curleylaw.com>, Jocelyn Sedney <jsedney@bhpklaw.com>
**Cc:** <gsykes@morrisonmahoney.com>, <kathleen.brink@cna.com>

Jocelyn has posed the same question. I am checking with Rick, but I think its a typo. I will let you know as soon as possible.

Erik
----- Original Message -----
From: "David D. Dowd" <ddd@curleylaw.com>
To: "Erik Loftus" <eloftus@sbcglobal.net>; "Jocelyn Sedney" <jsedney@bhpklaw.com>
Cc: <gsykes@morrisonmahoney.com>; <kathleen.brink@cna.com>
Sent: Tuesday, March 07, 2006 10:50 AM
Subject: RE: Pappetti report


> Thanks, Erik. I have Papetti reports dated April 28, 2003 (first) and
> December 23, 2005 (fourth). Have other interim report(s been produced?
>
> -----Original Message-----
> From: Erik Loftus [mailto:eloftus@sbcglobal.net]
> Sent: Monday, March 06, 2006 3:59 PM
> To: Jocelyn Sedney
> Cc: David D. Dowd; gsykes@morrisonmahoney.com; kathleen.brink@cna.com
> Subject: Re: Pappetti report
>
>
> Lets hope this isn't too big to go through.  I don't have original photos,
> but there are color scans attached to the report.  I need to check with
> Rick
> regarding the "fourth report" as I think it is a misprint.  I only have
> the
> attached and the recently disclosed.
>
> Erik Loftus, Esq.
> Law Office of Stuart Blackburn
> Two Concorde Way, PO Box 608
> Windsor Locks, CT 06096
> (860) 292-1116
> ----- Original Message -----
> From: "Jocelyn Sedney" <jsedney@bhpklaw.com>
> To: "Erik Loftus" <eloftus@sbcglobal.net>
> Sent: Monday, March 06, 2006 3:45 PM
> Subject: Pappetti report
>
>
>> Erik- I do not believe that we have ever received color photos attached
>> to
>> the first Pappetti report.,  We would like to receive them as soon as
>> possible.  Thanks- Jocelyn
>>