# EXHIBIT E

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

Judy A. Levenson
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Djuna E. Perkins
Thomas P. Campbell
Peter E. Montgomery
Andrew S. Brooslin
Kristin Tyler Harris

Administrator:
Elizabeth L. Joyce

March 27, 2006

Erik Loftus, Esq.
Law Office of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

RE:   Fireman's Fund Insurance Company A/S/O Hodan Properties
Vs.   Fire Systems, Inc., Fire Suppression Systems of New England, ProCon Inc., Briere
      & Paquette, Inc. F/K/A/ Paquette Electric Co., Inc.
      U.S. District Court Civil Action No. 04-11578PBS

Dear Attorney Loftus:

I am writing this letter to request that you provide copies of all checks paid to any contractor who performed any work to make repairs following the January 19, 2003 water loss. Again, I am requesting that you produce the entire file from the Residence Inn on repair/inspection work on the fire protection system and all records regarding the second water loss.

Thank you for your cooperation in this matter. If you have any questions or concerns regarding the above, please do not hesitate to contact me.

Very truly yours,

Jocelyn M. Sedney

JMS/knp

cc:   Gordon L. Sykes, Esq.
      Kathleen C. Tulloh Brink, Esq.
      David D. Dowd, Esq.