# EXHIBIT F



0 300 385883 35



GAI Engineers
378 Page Street – Bldg. #10
Stoughton, MA 02072-1141
(781) 297-3500/FAX 297-7050

November 13, 2003

Loss Site:
    Residence Inn Hotel
    181 Faunze Corner Road
    Dartmouth, MA
DOL: 01/19/2003
GAI File No.: 03GR012
CORRESPONDENCE
-------------------------------

Mr. Thomas Klem
24 Robert Road
Stoughton, MA   02072

Dear Mr. Klem:

   This letter confirms that you have been given the opportunity to examine a failed sprinkler involved in the above referenced loss and of your decision to not examine it at this time.

                            Sincerely,

                            Richard R. Papetti, P.E.

cc: Joseph Franco, Esq.

*Consulting Engineers Since 1934*