UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of Hodan Properties, Inc.<br><br>      Plaintiff,<br>vs.<br><br>FIRE SYSTEMS, INC.,<br>FIRE SUPPRESSION SYSTEMS OF<br>NEW ENGLAND, INC..,<br>PRO CON, INC.., and<br>BRIERE & PAQUETTE, INC. f/k/a<br>PAQUETTE ELECTRIC CO, INC.<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR HEARING

The Defendant, Fire Suppression Systems of New England, Inc. respectfully requests a Hearing on the Emergency Motion by Defendant Fire Suppression Systems of New England, Inc.'s to Preclude Expert Testimony as a Result of Failure to Disclose Evidence and Spoliation of that Evidence as they believe a hearing will assist the Court in rendering a just and fair decision.

The defendant,

Fire Suppression Systems of
New England, Inc.
By its attorneys,

/s/Jocelyn M. Sedney
Jocelyn M. Sedney, BBO# 552115
Peter E. Montgomery, BBO#632698
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
Dated: September 1, 2006    (617) 880-7100