UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11578PBS

|  |  |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY<br>As Subrogee of Hodan Properties, Inc.<br><br>    Plaintiff,<br>vs.<br><br>FIRE SYSTEMS, INC.,<br>FIRE SUPPRESSION SYSTEMS OF<br>NEW ENGLAND, INC..,<br>PRO CON, INC.., and<br>BRIERE & PAQUETTE, INC. f/k/a<br>PAQUETTE ELECTRIC CO, INC.<br><br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ASSENTED TO NOTICE OF SETTLEMENT

All parties report that they have reached an agreed upon settlement in this matter. The parties hereby respectfully request a 30-Day Order. It is expected that releases and closing documents will be executed by that time.

> The defendant,
> Fire Suppression Systems of
> New England, Inc.
> By its attorneys,
>
> /s/ Jocelyn M. Sedney
> Jocelyn M. Sedney, BBO# 552115
> BRODY, HARDOON, PERKINS & KESTEN, LLP
> One Exeter Plaza
> Boston, MA 02116
> (617) 880-7100

Assented to by:

The Plaintiff,
By its attorney,

/s/Erik Loftus
Erik Loftus, BBO#656315
Law Office of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116

The defendant,
Fire Systems, Inc.
By its attorney,

/s/Gordon L. Sykes
Gordon L. Sykes, BBO#555580
Morrison Mahoney LLP
10 North Main Street
Fall River, MA 02720
(508) 677-3100

The defendant,
Pro Con, Inc.
By its attorney,

/s/Kathleen C. Tulloh Brink
Kathleen C. Tulloh Brink, BBO No. 550274
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA 02108
(617) 878-4631

The defendant,
Briere & Paquette, Inc. f/k/a
Paquette Electric Co., Inc.

/s/David D. Dowd
David D. Dowd, BBO#132660
Curley & Curley, PC
27 School Street
Boston, MA 02108
(617) 523-2990

Dated: September 8, 2006