UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:04-11578

FIREMAN'S FUND INSURANCE COMPANY
Plaintiff

v.

FIRE SYSTEMS, INC. ET AL
Defendant

## 30 DAY SETTLEMENT ORDER OF DISMISSAL

SOROKIN, M.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

September 12, 2006

To: All Counsel