IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11578 LTS

FIREMAN'S FUND INSURANCE COMPANY
As Subrogee of Hodan Properties, Inc.,

    Plaintiff

v.

FIRE SYSTEMS, INC., FIRE SUPPRESSION SYSTEMS OF NEW ENGLAND, INC., PRO CON, INC., and PAQUETTE ELECTRIC COMPANY, INC.

    Defendants

## STIPULATION OF DISMISSAL

Now come the parties to the above action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and stipulate to dismissal of all claims and cross-claims, with prejudice and without costs.

Respectfully submitted,
By their Attorneys,

_____
David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990
Attorney for Paquette Electrical Company, Inc.

_____
Jocelyn M. Sedney
Brody Hardoon Perkins & Kesten
One Exeter Plaza
Boston, MA 02116

Attorney for Fire Suppression Systems of New England, Inc.

- 2 -

_____
Gordon L. Sykes, Esquire
Morrison Mahoney LLP
10 North Main Street
Fall River, MA   02720
Attorney for Fire Systems, Inc.

_____
Kathleen C. Tulloh Brink, Esquire
Law Offices of Jacqueline L. Allen
262 Washington Street, Suite 601
Boston, MA   02108
Attorney for Pro Con, Inc.

_____
Erik Loftus, Esquire
Law Offices of Stuart Blackburn
2 Concorde Way, P.O. Box 608
Windsor Locks, CT   06096
Attorney for Fireman's Fund
Insurance Company

Dated: 10/5/06